# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 23, 2021

Bridget M. McCormack,
Chief Justice

Brian K. Zahra
David F. Viviano
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh
Elizabeth M. Welch,
Justices

162785(72)(73)

COVENANT MEDICAL CENTER, INC.,
      Plaintiff-Appellant,

v

EMPLOYERS MUTUAL CASUALTY
COMPANY,
      Defendant-Appellee,
and

MICHIGAN ASSIGNED CLAIMS PLAN,
MICHIGAN AUTOMOBILE INSURANCE
PLACEMENT FACILITY, and JOHN DOE
INSURANCE COMPANY,
      Defendants.
_____/

SC: 162785
COA: 342379
Bay CC: 16-003671-NF

On order of the Chief Justice, the motion of defendant-appellee to extend the time for filing its answer is GRANTED. The answer submitted on May 27, 2021, is accepted as timely filed. On further order of the Chief Justice, the motion of plaintiff-appellant to extend the time for filing its reply is GRANTED. The reply will be accepted as timely filed if submitted on or before July 8, 2021.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 23, 2021



Clerk